

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00415-CR

Tryston Earl Lewis                  §    From the 213th District Court

                                    §    of Tarrant County (1431751D)

v.                                  §    March 8, 2018

                                    §    Opinion by Chief Justice Sudderth

The State of Texas                  §    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth